| | |
|---|---|
| 1 | JUDITH BROWN CHOMSKY |
| | LAW OFFICES OF JUDITH BROWN CHOMSKY |
| 2 | Post Office Box 29726 |
| | Elkins Park, PA 19027 |
| 3 | Telephone: (215) 782-8367 |
| | Facsimile: (215) 782-8368 |
| 4 | (Counsel of Record) |
| 5 | RICHARD HERZ, ESQ. |
| | MARCO SIMONS, ESQ. [S.B. #237314] |
| 6 | EARTHRIGHTS INTERNATIONAL |
| | 1612 K Street N.W., Suite 401 |
| 7 | Washington, DC 20006 |
| | Telephone: (202) 466-5188 |
| 8 | Facsimile: (202) 466-5189 |
| 9 | [Counsel For Plaintiffs Continued On Next Page] |

RECEIVED

JUL 19 2007

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN DOE 1, individually and as representative of his deceased father JOHN DOE 2; | Case No: 07-3406 (JAG) |
| JANE DOE 1, individually and as representative of her deceased mother JANE DOE 2; | **PLAINTIFFS'** *EX PARTE* **APPLICATION FOR LEAVE TO FILE COMPLAINT AS PSEUDONYMOUS PLAINTIFFS** |
| JOHN DOE 3, individually and as representative of his deceased brother JOHN DOE 4; | |
| JANE DOE 3, individually and as representative of her deceased husband JOHN DOE 5; | |
| MINOR DOES 1–4, by and through their guardian JOHN DOE 6, individually and as representative of their deceased mother JANE DOE 4; | |
| JOHN DOE 7, individually and as representative of his deceased son JOHN DOE 8, | |
| Plaintiffs, | |
| v. | |
| CHIQUITA BRANDS INTERNATIONAL, INC., a New Jersey corporation; | |
| MOE CORPORATIONS 1–10; | |
| MOES 11-25, | |
| Defendants. | |

PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO FILE COMPLAINT AS PSEUDONYMOUS PLAINTIFFS

| | |
|---|---|
| 1 | Counsel for Plaintiffs (continued from first page) |
| 2 | |
| 3 | PAUL HOFFMAN<br>SCHONBRUN, DESIMONE, SEPLOW,<br>HARRIS & HOFFMAN LLP |
| 4 | 723 Ocean Front Walk<br>Venice, California 90210 |
| 5 | Telephone: (310) 396-0731<br>Facsimile: (310) 399-7040 |
| 6 | |
| 7 | ARTURO CARRILLO<br>COLOMBIAN INSTITUTE OF<br>INTERNATIONAL LAW |
| 8 | 5425 Connecticut Ave NW #219<br>Washington, DC 20015 |
| 9 | Telephone: (202) 365-7260 |

PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO FILE COMPLAINT AS PSEUDONYMOUS PLAINTIFFS

Plaintiffs, by and through their counsel, hereby apply *ex parte* for leave to file their complaint using pseudonyms. Because of the nature of the allegations in plaintiffs' complaint, plaintiffs justifiably fear acts of reprisal that could inflict severe physical and mental harm on them and their families. In support of this motion, plaintiffs rely on the accompanying memorandum and the Declaration of Adam Isacson and Exhibits, filed herewith.

For these reasons and such other reasons as may appear just to the Court, Plaintiffs requests that their motion for leave to file the Complaint under pseudonyms be granted.

Dated: July 18, 2007

Respectfully submitted,

*[signature]*
by: Judith Brown Chomsky
Attorney for Plaintiffs