**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
2 FEDERAL SQUARE, ROOM 369
NEWARK, NJ 07101

November 1, 2016

**LETTER ORDER**

Re:   **John Doe 1 et al v. Chiquita Brands International, Inc. et al**
      **Civil Action No. 07-3406 (JMV)**

Dear Counsel:

As the parties are aware, the above-captioned matter has been reassigned to the Honorable John M. Vazquez, U.S.D.J. and the Undersigned. The parties are hereby instructed to each submit a status letter of no more than five (5) pages by **December 1, 2016** briefly outlining the history of the litigation and the current status of the case. The Court will conduct a telephone status conference with the parties on **December 8, 2016 at 10:30 AM**. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

     s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**