**SO ORDERED**
*s/James B. Clark*
James B. Clark, U.S.M.J.
Date: 3/17/2017



March 16, 2017

**_VIA ECF_**

Honorable John Michael Vazquez, U.S.D.J.
United States District Court for the District of New Jersey
U.S. Courthouse
2 Federal Square
Newark, NJ 07101

Cynthia S. Betz
Associate
T. 973-848-5377
F. 973-297-6636
cbetz@mccarter.com

McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056
T. 973.622.4444
F. 973.624.7070
www.mccarter.com

BOSTON

HARTFORD

STAMFORD

NEW YORK

NEWARK

EAST BRUNSWICK

PHILADELPHIA

WILMINGTON

WASHINGTON, DC

Re: *John Doe 1 et al v. Chiquita Brands International, Inc. et al,*
Case No. 2:07-cv-03406-JMV-JBC

Dear Judge Vazquez:

On behalf of Defendants Cyrus Freidheim, Charles Keiser, Robert Kistinger, Robert Olson, and William Tsacalis (collectively, the "Individual Defendants"), we write to request a two-week extension to the time in which the Individual Defendants may respond to Plaintiffs' Motion for Leave to File a Third Amended Complaint, currently returnable on April 3, 2017 ("Motion").

The Individual Defendants' response to the Motion is currently due Monday, March 20. As we have done in the past, we are preparing a joint response on behalf of all five Individual Defendants, along with their respective co-counsel. Given the coordination involved, we have determined that additional time beyond this coming Monday is necessary to prepare our joint response.

Therefore, we respectfully request Your Honor grant the Individual Defendants until April 3 to respond to the Motion. We sought Plaintiffs' consent to this extension, but they would only do so with conditions to which we could not agree. Plaintiffs asked that when making our request that we advise the Court of their position: "Plaintiffs believe that all briefing on this motion [for leave] should be stayed until it may be considered by the MDL court. If such a stay is denied, Plaintiffs do not object to Defendants' proposed briefing schedule."[1]

---

[1] While the issue is not essential to resolving this simple request for a two-week extension of time, Plaintiffs' position is confounding. They filed the Motion less than a week ago and have not moved to "stay" briefing on it. As such, there is no application or motion before the Court to "stay" briefing on the Motion. This makes Plaintiffs' position unworkable given that the Individual Defendants' response is currently due this coming Monday.

ME1 24390302v.1

Hon. John Michael Vazquez, U.S.D.J.
March 16, 2017
Page 2

    We appreciate the Court's consideration of this matter.

                             Respectfully submitted,

                             /s/ Cynthia S. Betz

                             Cynthia S. Betz

| | |
|---|---|
| Elissa J. Preheim<br>R. Stanton Jones<br>ARNOLD & PORTER<br>  KAYE SCHOLER LLP<br>601 Massachusetts Avenue NW<br>Washington, DC 20001<br>Tel: (202) 942-5000<br>elissa.preheim@apks.com<br>stanton.jones@apks.com<br><br>*Counsel for Defendant Robert Olson*<br><br>Ardith Bronson<br>ardith.bronson@dlapiper.com<br>DLA Piper LLP (US)<br>200 South Biscayne Blvd., Suite 2500<br>Miami, Florida 33131<br>Tel: (305) 423-8562<br><br>Earl Silbert<br>earl.silbert@dlapiper.com<br>Charles B. Wayne<br>charles.wayne@dlapiper.com<br>DLA Piper LLP (US)<br>500 Eighth Street, NW<br>Washington, DC 20004<br>Tel: (202) 799-4000<br><br>*Counsel for Cyrus Freidheim and Robert Kistinger* | David S. Krakoff<br>James T. Parkinson<br>Ann Wiles<br>BUCKLEYSANDLER LLP<br>1250 24th Street, N.W., Suite 700<br>Washington, D.C. 20037<br>Tel: (202) 349-8000<br><br>*Counsel for Defendant Charles Keiser*<br><br>John B. T. Murray, Jr.<br>jb.murray@squirepb.com<br>SQUIRE PATTON BOGGS (US) LLP<br>1900 Phillips Point West<br>777 South Flagler Drive<br>West Palm Beach, FL 33401<br>Tel: (561) 650-7213<br><br>*Counsel for Defendant William Tsacalis* |

c:      Counsel of Record (*via ECF*)

ME1 24390302v.1